# EXHIBIT A

**Defendant:** American Freight, LLC
**Creditor ID:** AF342
**Bankruptcy Case:** *In re Franchise Group, Inc., et al., Case No. 24-12480 (LSS) (Bankr. D. Del.)*
**Preference Period:** August 5, 2024 - November 3, 2024

| Debtor | Customer Check/Pmt# | Amount of Invoice Paid | Payment Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| American Freight, LLC | 41183 | $9,000.00 | 8/24/2024 | PSI-116184760 | 6/27/2024 | $9,000.00 |
| | 41400 | $45,000.00 | 9/19/2024 | PSI-116237225 | 7/21/2024 | $45,000.00 |
| | | $0.00 | 10/17/2024 | PSI-116405174 | 10/2/2024 | $600.00 |
| **Total Transfers** | **3** | **$54,000.00** | | | | **$54,600.00** |